UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MARIA DEJESUS PEREZ HUERTA ET AL** | **CIV. ACTION NO. 5:23-01791** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KANSAS CITY SOUTHERN INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (R. Doc. 26) and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs Maria de Jesus Perez Huerta, Maria Estela Acero Rodriguez, Heraclio Ruiz Mendez, Fredy Omar Martinez Betancourt, Lourdes Margarita Pinales, and Estafania Alejandra Pinales' motion to remand (R. Doc. 13) is **DENIED,** and all claims against Defendant Larry Edward Jameson, Jr. are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 31st day of October, 2024.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT